IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01504-BNB

MIKEAL GLENN STINE,

    Plaintiff,

v.

UNITED STATES FEDERAL BUREAU OF PRISONS,
DAVID ALLRED,
CHRISTOPHER WILSON,
ROGERS,
BLAKE DAVIS,
MUNSON,
LEWIS T. BABCOCK,
WILEY Y. DANIEL,
KRISTEN L. MIX,
CRAIG B. SHAFFER,
BOYD N. BOLAND,
ZITA L. WEINSHIENK,
PHILIP A. BRIMMER,
AMY L. PADDEN,
J. BENEDICT GARCIA,
MARCIA S. KRIEGER,
RICHARD P. MATSCH,
JOHN L. KANE,
WALKER D. MILLER,
CHRISTINE M. ARGUELLO,
MICHAEL J. WATANABE,
KATHLEEN M. TAFOYA,
DAVID L. WEST,
GUDRUN J. RICE,
MR. SHOCKY, Corr. Officer, ADX,
MR. A. OSAGIE, Physicians Assistant, ADX, and
ROBERT E. BLACKBURN,

    Defendants.

## ORDER LIFTING STAY

    The Court entered a stay pending resolution of Mr. Stine's appeal of the dismissal of Case No.12-cv-01234-REB.  The Tenth Circuit now has entered an order

and mandate dismissing Mr. Stine's appeal in Case no. 12-cv-01234-REB for lack of prosecution. Accordingly, it is

ORDERED that the stay is lifted in this case. It is

FURTHER ORDERED that the Court will proceed to review the Petition seeking leave to file a *pro se* action.

DATED July 30, 2012, at Denver, Colorado.

                                    BY THE COURT:

                                    s/ Boyd N. Boland
                                    United States Magistrate Judge